ILND 450 (Rev. 10/13) Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Christopher O.J. Henson,

Plaintiff(s),

v.

Rosales et al,

Defendant(s).

Case No.   1:24-cv-08943
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐　　in favor of plaintiff(s)
and against defendant(s)
in the amount of $　　　,

which ☐ includes　　pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐　　in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒　　other: The Court dismisses this lawsuit without prejudice for Plaintiff's failure to serve the summonses and complaint on the defendants.

---

This action was *(check one)*:

☐ tried by a jury with Judge　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin.

Date:   7/24/2025　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　E. Wall, Deputy Clerk