

Christopher Henson: Inmate I.D.#: 9155254
Will County Adult Detention Facility
95 S. Chicago St.; H-21
Joliet, Illinois, 60436



FILED
3/31/2026
AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# 1:24-CV-8943

## Letter of Grievance

This letter is from Christopher Henson in regards to everything that has been submitted , those of being Articulated Arguent, Support of the Constitution and Bill of Rights, Memorandum of Pretrial Release, & Motion to Dismiss Indictment. These edocuments have been submitted on my own behalf because I have been catagorized as a felon and otherwise which has lead to the Twelfth District Circuit Court to deem me a certain type of person that I am not.

I have been perceived to be a threat against the community and not of the people prodductive in the state of Illinois, when thus provided within my Articulated Argument that I have stated my work history which would show that I am a productive citizen of the community in the State of Illinois and haven't been nothing more or less of such. During this time of my incarceration I have taken classes to learn more and utilize this time to obtain more skills to further help me with my career goals and also becoming that of an author as well. Which I have been already writing a in regards of creating a beeter life for me before my incarceration in Will County Adult Detention Facility.

Though I must say that my stay hasn't been entirely pleasant given that I had been hospitalized due to the treatment of arresting Officers of the Joliet Police Department which I have stated in my arguments and documents as well as providing that case number that I had filed in said documents with the name of the Judge presiding over tha tcase. Which has been dismissed at this time without prejudice. Because I had been denied pretrial release upon the Safe-T Act and led to me having my bank card being expired and not being able to access funds from my account to ultimately leading to my account being closed leaving me indigent during this time.

Also due to this action I have requested for Court Orders to access my cellular phone to access this information to prevent all of the above stated to where the court granted within the guidelines of Will County Adult Detention Facility which denied me the access of my email fro my cellular phone to access my two stewp authentication process, which in turn I would also have to access my text messages to receive the confirmation codes to access those steps needed to recover all my accounts.

1

Thus, leaving me to not have the capability to do so so I can recover the funds that I had within my account. This time I've been here I've been denied medical documents, medical treatment until I almost died and was sent from the hopsital, St. Josephs Ascension Hospital, located in Joliet, IL, to the medical unit within Will County Adult Detention Facility. To the courts denying me release to attend the funeral of my Aunt to where I have experienced another loss within the time I have been here to lead me not to express and or request another furlough release to attend another funeral in fea rof being denied. This has left me with mental, physical, emotional, and finacial losses that I cannot recover.

I have been being as calm as possible and not engaging in conflict while being incarcerated here to leading me to just becoming more hopefull that this case would be viewed in the light that it needed to be, thus to no avail. I have continued to suffer loss after loss. Due to my account being closed I have lost the funds to pay for my storage unit, cellular phone, and provide financial help to those in family, that being my mother and sister, to which my mother is on a fixed income and I was helping support her with things she needed. Thus, me being denied the Safe-T Act during my detention hearing, this left me unemployed and without further income when I had still been employed as stated within the supported documents.

I had also had to receive the least of a lawsuit from a job I had been working with Pilot Flying J Company by not being able to attend the case and having the lawyers at Atlas, that being Mally Stone continue the case for me to where I had to receive the lesser of the amount I could have received in regards of this pending case. I had every reason to be released with a Pre-Trial Risk Assessment of 5 out of 14, having employment, having legal lawsuits, injury claim lawsuits, and missing the opportunity to sue the automotive company KIA for not having airbags deploy during a car accident injury I had sustained the date of April 8, 2024. To where I have proof of the injuries sustained to where the injuries I sustained from the arresting Officers of Joliet Police Department were different and those sustained while being incarcerated here in Wil lCounty Adult Detention Facility.

I had sustained more injuries during the time I had been in medical from the ERT's (Emergency Response Team), to being taken from medical when I had been still injured and not fully recovered being cleared to be taken to D-Pod, which is essentially the hole with minimal medical conditions and had been still injured. This cruel and unusual treatment is unacceptable and I had been verbal while in court about everything that I had been through to no avail not being released and to recently having the parameters of my case change because they finally produced all of the Surveillance video which the those hadn't been produced until October when they had been requested in August. Without anything showing that I am the person that the State and the courts deemed me to be.

There had been no reason for me to be treated in the nature I had been, this has been the most grief I have endured in the time I have been here. Given that I have suffered trememndous losses during this time, I had also provided the information to speak with the lawyers at Zayed Law Firm, who had been conducting my injury claim lawsuit to inform them that I had to be reinstated into physical therapy given that the progress that I had completed while at ATI Physical Therapy Clinic, locatd in Joliet, IL. I

2

had been denied. Which left me with chronic and almost permanent damage from previous injuries from the car accident and new injuries sustained during my arrest and detainment within Will County Adult Detention Facility. To ultimately where had received and still able to receive treatment to heal properly the trial courts of the Twelfth District refuse to release me to get the treatment needed. I will enter a letter to request a pretrial assessment from the Chief Judge as stated within the Safe-T Act guidelines to see as if I can be released in my upcoming court date. In correspondence of this letter if I'm granted release and leave this facility send all responses to the address of 1685 Harbor Ave. Apt# 3N Calumet City, IL 60409 to Thelma Hooks and also the address of 8710 W. Flamingo Rd. Apt# 139 Las Vegas, NV 89147 to Antionette Hooks.

This would be my Aunt and Mother and are places where they should be addressed to them so that they can notify me of the receipt of any responses in regards of me no longer being incarcerated within the facility. This letter is response and in-depth responses to show that with the documents that you should be receiving on my behalf from myself and my mother as well with arrest records and letter documenting that I have no criminal history. I ask that at the least I'm released upon the Safe-T Act if not the most which would be the case being dismissed on the premise of the documentation send by me on my behalf. I appreciate the time and patience of this court and reading of this document and others.

Respectfully submitted,

**CHRISTOPHER HENSON**, Defendant

By: *Christopher Henson*

Christopher Henson

Christopher Henson: Inmate I.D.#: 9155254
Will County Adult Detention Facility
95 S. Chicago St., H-21
Joliet, Illinois, 60436

3

Christopher Moncoy
Inmate I.D. # 9155259
Will County Adult Detention Facility
95 S. Chicago St.
Joliet, IL 60436



S SUBURBAN IL  604

27 MAR 2026  PM 1  L

FOREVER / USA

Thomas M. Durkin
Office of Clerk of The U.S.
District Court United States
Court House
219 Dearborn Street
Chicago, IL 60604

RECEIVED

MAR 31 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

03/31/2026-2

60604-170299